| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Goldgar, A. Benjamin | 2. Court or Organization<br><br>Bankruptcy Court, N.D. Ill. | 3. Date of Report<br><br>5/31/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>Suite 638<br>219 South Dearborn Street<br>Chicago, IL 60604 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Trust No. 1 (see note) |
| 2. | Trustee | Trust No. 2 (see note) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 6/7/12-6/10/12 | Traverse City, MI | Central States Bankruptcy Workshop | Transportation (mileage), food, lodging |
| 2. | National Conference of Bankruptcy Judges | 10/23/12-10/26/12 | San Diego, CA | Annual Meeting | Lodging (partial) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Cash Reserves Money Market Fund | A | Dividend | K | T | | | | | |
| 2. Traditional IRA-Fidelity (4) | D | Dividend | N | T | | | | | |
| 3. - Strategic Advisors Small-Mid Cap Fund | | | | | | | | | |
| 4. - Fidelity Capital and Income | | | | | Sold | 11/15/12 | J | B | |
| 5. - Fidelity Short-Term Bond | | | | | Sold (part) | 01/27/12 | J | A | |
| 6. - Fidelity Total Bond | | | | | | | | | |
| 7. - Pimco Total Return Administrative Shares | | | | | | | | | |
| 8. - Pimco Short Term Administrative Shares | | | | | | | | | |
| 9. - Pimco Commodity Real Return Strat Admin CL | | | | | Sold (part) | 01/11/12 | J | A | |
| 10. | | | | | Sold | 01/13/12 | J | A | |
| 11. - T Rowe Price High Yield Advisor CL | | | | | Sold | 03/22/12 | J | B | |
| 12. - Fidelity Strategic Advisors Value Fund | | | | | | | | | |
| 13. - Strategic Advisors International Fund | | | | | Sold (part) | 01/27/12 | J | A | |
| 14. | | | | | Sold (part) | 03/22/12 | J | A | |
| 15. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 16. | | | | | Sold (part) | 08/03/12 | J | A | |
| 17. | | | | | Sold (part) | 09/06/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/15/12 | J | A | |
| 19.   - Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 01/11/12 | J | | |
| 20. | | | | | Buy (add'l) | 01/27/12 | J | | |
| 21. | | | | | Buy (add'l) | 03/22/12 | J | | |
| 22. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 23.   - Franklin Gold and Precious Metals CL A | | | | | | | | | |
| 24.   - Templeton Global Bond CL A | | | | | | | | | |
| 25.   - Strategic Advisors U.S. Opportunity Fund | | | | | | | | | |
| 26.   - Strategic Advisors Core Fund | | | | | | | | | |
| 27.   - Strategic Advisors Growth Fund | | | | | Sold (part) | 03/22/12 | J | A | |
| 28. | | | | | Sold (part) | 11/30/12 | J | A | |
| 29.   - Strategic Advisors Emerging Markets | | | | | | | | | |
| 30.   - Strategic Advisors Income Opportunity Fund | | | | | Buy (add'l) | 03/22/12 | J | | |
| 31. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 32.   - FIMM Money Market Port Inst CL | | | | | Buy (add'l) | 01/11/12 | J | | |
| 33. | | | | | Buy (add'l) | 01/13/12 | J | | |
| 34. | | | | | Sold (part) | 01/27/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/22/12 | J | | |
| 36. | | | | | Buy (add'l) | 03/23/12 | J | | |
| 37. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 38. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 39. - Strategic Advisors Short Duration Fund | | | | | Buy | 01/27/12 | J | | |
| 40. | | | | | Buy (add'l) | 03/22/12 | J | | |
| 41. | | | | | Buy (add'l) | 08/03/12 | J | | |
| 42. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 43. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 44. - Arden Alternative Strategies Class 1 | | | | | Buy | 11/30/12 | J | | |
| 45. Traditional IRA-Fidelity (3) | C | Dividend | M | T | | | | | |
| 46. - Strategic Advisors Small-Mid Cap Fund | | | | | | | | | |
| 47. - Fidelity Capital and Income (Y) | | | | | Sold | 03/15/12 | J | A | |
| 48. - Fidelity Total Bond | | | | | | | | | |
| 49. - Pimco Total Return Administrative Shares | | | | | | | | | |
| 50. - Pimco Short Term Administrative Shares | | | | | | | | | |
| 51. - T Rowe Price High Yield Advisor CL | | | | | Sold | 03/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Strategic Advisors International Fund | | | | | | | | | |
| 53. - Strategic Advisors U.S. Opp Fund | | | | | | | | | |
| 54. - Fidelity Select Gold | | | | | | | | | |
| 55. - Credit Suisse Commd Return Strategy Com Shr | | | | | Sold | 01/13/12 | J | A | |
| 56. - Fidelity High Income | | | | | Sold | 03/15/12 | J | A | |
| 57. - Metropolitan West Low Duration M | | | | | | | | | |
| 58. - Templeton Global Bond CL A | | | | | | | | | |
| 59. - Strategic Advisors Value Fund | | | | | | | | | |
| 60. - Strategic Advisors Core Fund | | | | | | | | | |
| 61. - Strategic Advisors Growth Fund | | | | | | | | | |
| 62. - Strategic Advisors Emerging Markets | | | | | | | | | |
| 63. - Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 11/30/12 | J | | |
| 64. - Strategic Advisors Income Opportunity Fund | | | | | | | | | |
| 65. - FIMM Money Market Port Inst CL | | | | | Buy (add'l) | 01/13/12 | J | | |
| 66. | | | | | Sold (part) | 01/25/12 | J | | |
| 67. | | | | | Buy (add'l) | 03/15/12 | J | | |
| 68. | | | | | Buy (add'l) | 05/25/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Merger Fund | | | | | | | | | |
| 70. - Strategic Advisors Short Duration Fund | | | | | Buy | 01/25/12 | J | | |
| 71. | | | | | Buy (add'l) | 03/15/12 | J | | |
| 72. - Arden Alternative Strategies Class 1 (Y) | | | | | Buy | 11/30/12 | J | | |
| 73. Rollover IRA-Fidelity (3) | E | Dividend | O | T | | | | | |
| 74. - Strategic Advisors Small-Mid Cap Fund | | | | | Sold (part) | 03/15/12 | J | B | |
| 75. - Fidelity Capital and Income | | | | | Sold | 03/15/12 | J | C | |
| 76. - Fidelity Total Bond | | | | | Sold (part) | 05/25/12 | J | B | |
| 77. - Pimco Total Return Administrative Shares | | | | | Sold (part) | 05/25/12 | J | B | |
| 78. | | | | | Sold (part) | 09/06/12 | J | A | |
| 79. | | | | | Sold (part) | 11/15/12 | J | A | |
| 80. - Pimco Short Term Administrative Shares | | | | | Sold (part) | 01/25/12 | J | A | |
| 81. | | | | | Sold (part) | 05/25/12 | J | A | |
| 82. | | | | | Sold (part) | 09/06/12 | J | A | |
| 83. - T Rowe Price High Yield Advisor CL | | | | | Sold | 03/15/12 | J | C | |
| 84. - Strategic Advisors International Fund | | | | | Sold (part) | 01/25/12 | J | A | |
| 85. | | | | | Sold (part) | 03/15/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 87. | | | | | Sold (part) | 08/03/12 | J | A | |
| 88. | | | | | Sold (part) | 09/06/12 | J | A | |
| 89. | | | | | Sold (part) | 11/15/12 | J | A | |
| 90. | | | | | Sold (part) | 11/30/12 | J | A | |
| 91. - Strategic Advisors US Opportunity Fund | | | | | Sold (part) | 03/15/12 | J | A | |
| 92. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 93. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 94. - Fidelity Select Gold | | | | | Buy (add'l) | 01/13/12 | J | | |
| 95. - Credit Suisse Commd Return Strategy Com Shr | | | | | Sold | 01/13/12 | J | B | |
| 96. - Fidelity High Income | | | | | Sold | 03/15/12 | J | C | |
| 97. - Metropolitan West Low Duration M | | | | | Sold (part) | 01/25/12 | J | A | |
| 98. | | | | | Sold (part) | 05/25/12 | J | A | |
| 99. | | | | | Sold (part) | 08/03/12 | J | A | |
| 100. | | | | | Sold (part) | 11/15/12 | J | A | |
| 101. - Templeton Global Bond Class A | | | | | Sold (part) | 03/15/12 | J | A | |
| 102. - Fidelity Money Market | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/31/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Strategic Advisors Value Fund | | | | | Sold (part) | 01/13/12 | J | A | |
| 104. | | | | | Sold (part) | 03/15/12 | J | A | |
| 105. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 106. | | | | | Sold (part) | 09/06/12 | J | A | |
| 107. - Strategic Advisors Core Fund | | | | | Sold (part) | 01/13/12 | J | A | |
| 108. | | | | | Sold (part) | 03/15/12 | J | A | |
| 109. - Strategic Advisors Growth Fund | | | | | Sold (part) | 01/13/12 | J | A | |
| 110. | | | | | Sold (part) | 03/15/12 | J | A | |
| 111. | | | | | Sold (part) | 11/13/12 | J | B | |
| 112. - Strategic Advisors Emerging Markets | | | | | Sold (part) | 03/15/12 | J | | |
| 113. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 114. - Strategic Advisors Income Opportunity Fund | | | | | Buy (add'l) | 03/15/12 | J | | |
| 115. | | | | | Buy (add'l) | 03/16/12 | J | | |
| 116. | | | | | Sold (part) | 05/25/12 | J | A | |
| 117. | | | | | Sold (part) | 11/15/12 | J | A | |
| 118. - Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 01/13/12 | J | | |
| 119. | | | | | Buy (add'l) | 01/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/15/12 | J | | |
| 121. | | | | | Sold (part) | 05/25/12 | J | A | |
| 122. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 123. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 124. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 125. - FIMM Money Market Port Inst CL | | | | | Buy (add'l) | 01/13/12 | J | | |
| 126. | | | | | Buy (add'l) | 01/17/12 | J | | |
| 127. | | | | | Sold (part) | 01/25/12 | J | | |
| 128. | | | | | Buy (add'l) | 03/15/12 | J | | |
| 129. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 130. | | | | | Buy (add'l) | 09/06/12 | J | | |
| 131. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 132. - Merger Fund | | | | | Sold (part) | 11/30/12 | J | | |
| 133. - Strategic Advisors Short Duration Fund | | | | | Buy | 01/25/12 | J | | |
| 134. | | | | | Buy (add'l) | 03/5/12 | J | | |
| 135. | | | | | Buy (add'l) | 08/03/12 | J | | |
| 136. | | | | | Buy (add'l) | 09/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 138. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 139. - Arden Alternative Strategies Class 1 | | | | | Buy | 11/30/12 | J | | |
| 140. State of Illinois Deferred Compensation Plan -- 401(k) | A | Dividend | K | T | | | | | |
| 141. - Vanguard Institutional Index Fund Plus | | | | | | | | | |
| 142. Fidelity Investment Grade Bond Fund (1) | A | Dividend | K | T | | | | | |
| 143. Fidelity Short Term Bond (1) | A | Dividend | K | T | | | | | |
| 144. Fidelity Core Account - Cash (1) | A | Interest | J | T | Buy | 03/23/12 | L | | |
| 145. | | | | | Sold (part) | 07/13/12 | K | | |
| 146. | | | | | Sold (part) | 11/28/12 | K | | |
| 147. Fidelity 529 College Investment Plan (1) | | | | | | | | | |
| 148. - NH Cash Reserves | | | | | Sold | 07/13/12 | J | | |
| 149. Fidelity Investment Grade Bond Fund (2) | A | Dividend | K | T | | | | | |
| 150. Fidelity 529 College Investment Plan (2) | | | | | | | | | |
| 151. - NH Cash Reserves | | | | | Sold | 07/10/12 | K | | |
| 152. Fidelity Short Term Bond (2) | A | Dividend | K | T | Sold (part) | 07/11/12 | J | A | |
| 153. Adirondack Trust Co. stock | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Bank of America Growth Money Market Savings | A | Interest | L | T | | | | | |
| 155. Fidelity Deferred Annuity | | | | | | | | | |
| 156. - Fidelity VIP Investment Grade Bond Fund | | None | N | T | | | | | |
| 157. - Fidelity VIP Strategic Income Fund | | None | L | T | | | | | |
| 158. Vanguard IRA (4) | E | Dividend | P1 | T | | | | | |
| 159. - Vanguard Total Bond Market Index Fund | | | | | Sold (part) | 05/15/12 | K | | |
| 160. - Vanguard Total International Stock Index Fund | | | | | Buy (add'l) | 05/15/12 | K | | |
| 161. - Vanguard Stock Market Index Fund | | | | | | | | | |
| 162. Fidelity Cash Reserves (1) | A | Dividend | K | T | | | | | |
| 163. Fidelity Cash Reserves (2) | | None | | | Sold | 07/10/12 | J | | |
| 164. Strategic Advisors International Fund (1) | | None | | | Sold | 03/22/12 | J | A | |
| 165. Strategic Advisors Value Fund (1) | | None | | | Sold | 03/22/12 | J | A | |
| 166. Strategic Advisors Small-Mid Cap Fund (1) (Y) | | None | | | Sold | 03/22/12 | J | A | |
| 167. Strategic Advisors U.S. Opportunity Fund (1) (Y) | | None | | | Sold | 03/22/12 | J | A | |
| 168. Strategic Advisors Core Fund (1) | | None | | | Sold | 03/22/12 | J | A | |
| 169. Strategic Advisors Growth Fund (1) | | None | | | Sold | 03/22/12 | J | A | |
| 170. Strategic Advisors Emerging Markets (1) (Y) | | None | | | Sold | 03/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. FIMM Money Market Port Inst CL (1) | A | Dividend | | | Sold (part) | 01/13/12 | J | | |
| 172. | | | | | Sold | 03/22/12 | J | | |
| 173. Fidelity Real Estate Income (1) (Y) | A | Dividend | | | Sold | 03/22/12 | J | A | |
| 174. AQR Diversified Arbitrage Class 1 (1) | | None | | | Sold | 03/22/12 | J | | |
| 175. Fidelity GNMA Fund (1) | A | Dividend | | | Sold | 03/22/12 | J | | |
| 176. Fidelity Total Bond Fund (1) | A | Dividend | | | Sold | 03/22/12 | J | | |
| 177. Strategic Advisors Income Opportunities (1) | A | Dividend | | | Sold | 03/22/12 | J | A | |
| 178. Strategic Advisors Core Income Fund (1) | A | Dividend | | | Sold | 03/22/12 | J | A | |
| 179. Metropolitan West Low Duration (1) | A | Dividend | | | Sold | 03/22/12 | J | A | |
| 180. Pimco Total Return Administrative Shares (1) | A | Dividend | | | Sold | 03/22/12 | J | A | |
| 181. Pimco Short Term Administrative Shares (1) | A | Dividend | | | Sold | 03/22/12 | J | | |
| 182. T. Rowe Price Short Term BD FD ADV (1) | A | Dividend | | | Sold | 03/22/12 | J | | |
| 183. Templeton Global Bond Class A (1) | A | Dividend | | | Sold | 03/22/12 | J | | |
| 184. Fidelity Select Gold (1) (X) | | None | | | Sold | 03/22/12 | J | | |
| 185. Credit Suisse Commd Return Strategy Inst Sh (1) (X) | | None | | | Sold | 01/13/12 | J | | |
| 186. Strategic Advisors Short Duration Fund (1) | A | Dividend | | | Buy | 01/13/12 | J | | |
| 187. | | | | | Buy (add'l) | 03/08/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 03/22/12 | J | A | |
| 189. Strategic Advisors International Fund (2) | A | Dividend | J | T | Sold (part) | 03/23/12 | J | A | |
| 190. Strategic Advisors Value Fund (2) | A | Dividend | J | T | Sold (part) | 03/23/12 | J | A | |
| 191. Strategic Advisors Small-Mid Cap Fund (2) (Y) | A | Dividend | J | T | Sold (part) | 03/23/12 | J | A | |
| 192. Strategic Advisors U.S. Opportunity Fund (2) (Y) | A | Dividend | J | T | Sold (part) | 03/23/12 | J | A | |
| 193. Strategic Advisors Core Fund (2) | A | Dividend | J | T | Sold (part) | 03/23/12 | J | A | |
| 194. Strategic Advisors Growth Fund (2) | A | Dividend | J | T | Sold (part) | 03/23/12 | J | A | |
| 195. Strategic Advisors Emerging Markets (2) (Y) | | | | | | | | | |
| 196. Fidelity Capital & Income (2) (Y) | A | Dividend | | | Sold | 03/15/12 | J | A | |
| 197. Fidelity High Income (2) (Y) | A | Dividend | | | Sold | 03/15/12 | J | A | |
| 198. Fidelity Total Bond (2) | A | Dividend | J | T | | | | | |
| 199. Strategic Advisors Income Opportunities (2) | A | Dividend | J | T | Buy (add'l) | 03/15/12 | J | | |
| 200. Strategic Advisors Core Income Fund (2) | A | Dividend | K | T | Buy (add'l) | 03/23/12 | J | | |
| 201. Metropolitan West Low Duration (2) (Y) | | | | | | | | | |
| 202. Pimco Total Return Administrative Shares (2) | A | Dividend | J | T | Buy (add'l) | 03/23/12 | J | | |
| 203. Pimco Short Term Administrative Shares (2) | A | Dividend | J | T | Buy (add'l) | 03/23/12 | J | | |
| 204. T. Rowe Price High Yield Advisor CL (2) (Y) | A | Dividend | | | Sold | 03/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Templeton Global Bond Class A (2) (Y) | | | | | | | | | |
| 206. T. Rowe Price Short Term Bd Fd Adv CL (2) | A | Dividend | | | Buy | 03/23/12 | J | | |
| 207. | | | | | Sold | 11/15/12 | J | A | |
| 208. Credit Suisse Commd Return Strategy Inst Sh (2) (X) | | None | | | Sold | 01/13/12 | J | | |
| 209. Merger Fund (2) (X) | | None | | | Sold | 03/23/12 | J | | |
| 210. Fidelity Real Estate Income (2) | A | Dividend | J | T | Buy | 03/23/12 | J | | |
| 211. AQR Diversified Arbitrage Class 1 (2) | A | Dividend | J | T | Buy | 03/23/12 | J | | |
| 212. FIMM Mmkt Port Inst CL (2) (X) | A | Dividend | J | T | | | | | |
| 213. Arden Alternative Strategies Class 1 (2) (Y) | | None | J | T | Buy | 11/28/12 | J | | |
| 214. Fidelity GNMA Fund (2) | A | Dividend | J | T | Buy | 03/28/12 | J | | |
| 215. Strategic Advisors Short Duration Fund (2) | A | Dividend | J | T | Buy | 01/25/12 | J | | |
| 216. | | | | | Buy (add'l) | 03/15/12 | J | | |
| 217. | | | | | Buy (add'l) | 03/23/12 | J | | |
| 218. | | | | | Buy (add'l) | 08/03/12 | J | | |
| 219. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 220. Fidelity Diversified International | A | Dividend | K | T | Buy (add'l) | 08/09/12 | J | | |
| 221. | | | | | Buy (add'l) | 10/22/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Fidelity Short-Intermediate Muni Income | A | Dividend | K | T | Sold (part) | 03/28/12 | J | | |
| 223. | | | | | Buy (add'l) | 08/09/12 | J | | |
| 224. Fidelity Municipal Money Market | A | Dividend | J | T | | | | | |
| 225. Cambiar Opportunity Investor CL | | None | | | Sold (part) | 08/09/12 | J | A | |
| 226. | | | | | Sold | 10/22/12 | K | D | |
| 227. Columbia Marsico Focused Eq. CL A | | None | | | Sold | 03/28/12 | J | C | |
| 228. DWS Managed Municipal Bond CL S | B | Dividend | K | T | Sold (part) | 06/01/12 | J | | |
| 229. Diamond Hill Small Cap Class A | | None | | | Sold | 03/28/12 | J | B | |
| 230. Goldman Sachs Midcap Value Class A | | None | | | Sold | 10/22/12 | J | C | |
| 231. Harbor Capital Appreciation Adm CL | A | Dividend | J | T | | | | | |
| 232. Hartford Growth Opportunity Class A | | None | | | Sold | 10/22/12 | K | D | |
| 233. Hotchkis & Wiley Mid Cap Value CL A | A | Dividend | J | T | Sold (part) | 10/22/12 | J | D | |
| 234. Janus Fund | | None | | | Sold (part) | 08/09/12 | K | D | |
| 235. | | | | | Sold | 10/22/12 | J | D | |
| 236. Artio International Equity Fund II CL A | | None | | | Sold | 08/09/12 | K | C | |
| 237. RS Value Fund CL A | | None | | | Sold | 10/23/12 | J | D | |
| 238. T Rowe Tax Free Inc. Fund Adv. Class | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Royce Value Plus Service Class | | None | J | T | Sold (part) | 03/28/12 | J | A | |
| 240. SSGA Emerging Markets | A | Dividend | K | T | Sold (part) | 10/22/12 | J | B | |
| 241. Thornburg Value Class A | | None | | | Sold (part) | 03/28/12 | J | B | |
| 242. | | | | | Sold | 10/22/12 | J | A | |
| 243. Spartan Total Market Index FID Advantage CL | A | Dividend | | | Sold | 10/22/12 | K | D | |
| 244. GE International Equity Service CL | | None | | | Sold | 10/22/12 | J | C | |
| 245. Oakmark Fund 1 | B | Dividend | K | T | Sold (part) | 10/22/12 | J | D | |
| 246. Manning & Napier World Opp Ser CL A | | None | | | Sold | 01/11/12 | J | A | |
| 247. T Rowe Price Equity Income Advisor CL | A | Dividend | J | T | | | | | |
| 248. T Rowe Price Real Estate Fund Adv CL | A | Dividend | J | T | | | | | |
| 249. Thornburg International Value CL A | A | Dividend | J | T | Sold (part) | 03/28/12 | J | B | |
| 250. Fidelity Municipal Income | B | Dividend | K | T | Sold (part) | 03/28/12 | J | A | |
| 251. | | | | | Buy (add'l) | 08/09/12 | J | | |
| 252. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 253. | | | | | Sold (part) | 11/23/12 | J | A | |
| 254. Black Rock High Yield Bond CL A | A | Dividend | J | T | Sold (part) | 11/23/12 | J | B | |
| 255. Franklin Federal Tax-free CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/31/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Pimco Commodity Real Return Strat Adm CL | A | Dividend | J | T | Sold (part) | 01/11/12 | J | A | |
| 257. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 258. | | | | | Buy (add'l) | 08/09/12 | J | | |
| 259. | | | | | Sold (part) | 11/23/12 | J | A | |
| 260. T Rowe Price High Yield Advisor CL | A | Dividend | | | Sold | 11/23/12 | J | A | |
| 261. Templeton Global Bond CL A | A | Dividend | J | T | Buy (add'l) | 01/11/12 | J | | |
| 262. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 263. IShares TR S&P 100 Index Fund | A | Dividend | K | T | | | | | |
| 264. American Europacific Growth Class F1 | | None | | | Sold | 03/28/12 | J | A | |
| 265. JP Morgan U.S. Equity Fund Select Class Conf | | None | | | Sold (part) | 01/11/12 | J | A | |
| 266. | | | | | Sold | 03/28/12 | J | B | |
| 267. MFS International Diversification FD A Conf | A | Dividend | K | T | | | | | |
| 268. Royce Pennsylvania Fund Service Class | | None | | | Sold | 03/28/12 | J | | |
| 269. Fidelity Dividend Growth | A | Dividend | K | T | Buy (add'l) | 10/22/12 | J | | |
| 270. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 271. Fidelity Tax-free Bond | B | Dividend | K | T | Sold (part) | 03/28/12 | J | A | |
| 272. Allianz NFJ Dividend Value FD CL D | A | Dividend | | | Sold | 03/28/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Causeway International Value Investor | A | Dividend | J | T | | | | | |
| 274. Janus Enterprise Fund Class T Shares | A | Dividend | K | T | Buy (add'l) | 10/22/12 | J | | |
| 275. Fidelity Advisor Growth Oppty CL 1 | | None | J | T | Buy | 11/23/12 | J | | |
| 276. Fidelity Growth | | None | | | Buy | 10/22/12 | J | | |
| 277. | | | | | Sold | 11/23/12 | J | | |
| 278. Fidelity Low Priced Stock | A | Dividend | J | T | Buy | 10/22/12 | J | | |
| 279. Fidelity Small Cap Value | A | Dividend | J | T | Buy | 10/22/12 | J | | |
| 280. Champlain Mid Cap Advisor Share | | None | | | Buy | 10/22/12 | J | | |
| 281. | | | | | Sold | 11/23/12 | J | A | |
| 282. Credit Suisse Commd Return Strategy Inst Sh | | None | J | T | Buy | 01/11/12 | J | | |
| 283. | | | | | Sold (part) | 03/28/12 | J | | |
| 284. | | | | | Sold (part) | 06/01/12 | J | | |
| 285. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 286. JP Morgan Mid-Cap Value Fund Select CL | A | Dividend | J | T | Buy | 10/22/12 | J | | |
| 287. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 288. IShares TR Russell Mid-Cap Index Fund Avg Price | A | Dividend | J | T | Buy | 11/27/12 | J | | |
| 289. IShares TR Russell 1000 Growth Index Fund | A | Dividend | K | T | Buy | 08/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 10/24/12 | K | | |
| 291. IShares TR Russell 1000 Index Fund | A | Dividend | J | T | Buy | 11/27/12 | J | | |
| 292. IShares TR Russell 2000 Index Fund | A | Dividend | J | T | Buy | 11/27/12 | J | | |
| 293. Vanguard Index FDS Vanguard Value Vipers | A | Dividend | K | T | Buy | 11/27/12 | K | | |
| 294. IShares TR Russell 1000 Value Index Fund | | None | | | Buy | 10/24/12 | K | | |
| 295. | | | | | Sold | 11/27/12 | K | | |
| 296. MFS International Value Fund CL A | A | Dividend | J | T | Buy | 01/11/12 | J | | |
| 297. | | | | | Buy (add'l) | 08/09/12 | J | | |
| 298. T. Rowe Price International Stock | A | Dividend | K | T | Buy | 08/09/12 | J | | |
| 299. | | | | | Buy (add'l) | 10/22/12 | J | | |
| 300. T. Rowe Price Small Cap Value Advisor CL | | None | | | Buy | 10/22/12 | J | | |
| 301. | | | | | Sold | 11/23/12 | J | | |
| 302. Spdr S&P 500 ETF Trust Unit Ser 1 | | None | | | Buy | 10/24/12 | J | | |
| 303. | | | | | Sold | 11/27/12 | J | | |
| 304. Templeton Frontier Mkts Fund | A | Dividend | J | T | Buy | 06/01/12 | J | | |
| 305. | | | | | Buy (add'l) | 08/09/12 | J | | |
| 306. Wells Fargo Short Term Muni Inc.-Instit. Conf | A | Dividend | K | T | Buy | 11/23/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Trust No. 1 (see note) | | | | | | | | | |
| 308. - Chase Bank account No. 1 | | None | | | Sold | 12/28/12 | M | | |
| 309. - Chase Bank account No. 2 | | None | M | T | | | | | |
| 310. - BMO Harris Bank account | | None | M | T | | | | | |
| 311. - Wells Fargo Advisors trust account | | | | | | | | | |
| 312. -- Wells Fargo bank deposit sweep | A | Int./Div. | O | T | Buy | 12/28/12 | M | | |
| 313. | | | | | Buy | 12/28/12 | K | | |
| 314. | | | | | Buy | 12/31/12 | O | | |
| 315. -- iShares MSCI EAFE Index Fund | | None | | | Sold | 12/31/12 | K | A | |
| 316. -- iShares Core S&P 500 ETF S&P Index Fund | | None | | | Sold | 12/31/12 | K | | |
| 317. -- iShares Tr - Russell 1000 Value Index Fund | | None | | | Sold | 12/31/12 | J | | |
| 318. -- iShares Barclay TIPS EFT Bond Fund | | None | | | Sold | 12/31/12 | L | | |
| 319. -- iShares Barclays ETF 1-3 Yr Treasury Bond Fund | | None | | | Sold | 12/31/12 | M | | |
| 320. -- PowerShares DB ETF Commodity Index Tracking Fund | | None | | | Sold | 12/31/12 | K | A | |
| 321. -- PowerShares EM MAR ETF SOV DE PT | | None | | | Sold | 12/31/12 | K | A | |
| 322. -- SPDR Barclays ETF High Yield Bond ETF | | None | | | Sold | 12/31/12 | K | | |
| 323. -- Vanguard Total Bond ETF Market | | None | | | Sold | 12/31/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 5/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -- Vanguard Mid Cap ETF | | None | | | Sold | 12/31/12 | J | | |
| 325. Trust No. 2 (see note) | | | | | | | | | |
| 326. - Wells Fargo trust account | | | | | | | | | |
| 327. -- iShares MSCI EAFE Index Fund | A | Int./Div. | | | Sold | 12/28/12 | K | | |
| 328. -- iShares Core S&P 500 ETF S&P 500 Index Fund | A | Int./Div. | | | Sold | 12/28/12 | L | | |
| 329. -- iShares Tr - Russell 1000 Value Index Fund | A | Int./Div. | | | Sold | 12/28/12 | J | | |
| 330. -- iShares Barclays TIPS ETF Bond Fund | | | | | Sold | 12/28/12 | L | | |
| 331. -- iShares Barclays ETF 1-3 Yr Treasury Bond Fund | | | | | Sold | 12/28/12 | N | | |
| 332. -- PowerShares DB ETF Commodity Index Tracking Fund | | | | | Sold | 12/28/12 | K | | |
| 333. -- PowerShares EM MAR ETF SOV DE PT | A | Int./Div. | | | Sold | 12/28/12 | L | | |
| 334. -- SPDR Barclays ETF Short Term High Yield Bond | | | | | Sold | 12/28/12 | K | | |
| 335. -- SPDR Barclays ETF High Yield Bond ETF | | | | | Sold | 12/28/12 | K | | |
| 336. -- Vanguard Total Bond ETF Market | A | Int./Div. | | | Sold | 12/28/12 | M | | |
| 337. -- Vanguard Mid Cap ETF | A | Int./Div. | | | Sold | 12/28/12 | M | | |
| 338. -- Wells Fargo bank deposit sweep | A | Int./Div. | O | T | Buy | 12/28/12 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 24 of 25

Name of Person Reporting

Goldgar, A. Benjamin

Date of Report

5/31/2013

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note to Parts I and VIII.

On December 23, 2012, a family member died. As a result of that family member's death, I became successor trustee of two trusts. Another family member and I are also beneficiaries of these trusts.

- Trust No. 1 transactions. This trust contained as assets reportable here (1) three bank accounts, and (2) a number of investments in a trust account at Wells Fargo Advisors. I closed one of the bank accounts and transferred the funds to the Wells Fargo Advisors trust account. I then sold all of the investments in the Wells Fargo Advisors trust account. All of the resulting cash, both from the bank account and the sold investments, was deposited in a Wells Fargo bank deposit sweep account.

- Trust No. 2 transactions. This trust contained as assets reportable here a number of investments in a trust account at Wells Fargo Advisors. I sold all of the investments in the account. All of the resulting cash was deposited in a Wells Fargo bank deposit sweep account.

Because I was only the successor trustee of these trusts in 2012 for 8 days -- from December 23-31, 2012 -- I have reported income and transactions only for that 8-day period, not for the period before December 23 when I was not the trustee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ A. Benjamin Goldgar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544